Cleo Anthanett CHRISTOPHER, Plaintiff–Appellant,

v.

ST. VINCENT DE PAUL OF BALTIMORE INC.; John J. Schiavone, Executive Director; Stephanie Archie–Smith, Deputy Director; Michelle Young; Reginald U. Scriber, Deputy Commissioner; Shannon Burroughs–Campbell, Chief Operations Officer; Shannon Harris–Robertson; Portia McConnell; Toni Adair, Defendants–Appellees.

No. 13–1281.

United States Court of Appeals, Fourth Circuit.

Submitted: July 11, 2013.

Decided: Aug. 1, 2013.

Cleo Anthanett Christopher, Appellant Pro Se. Metzger, Brian Travis Tucker, Gallagher Evelius & Baltimore, Maryland; Gary Gilkey, Assistant Baltimore, Maryland, for Appellees.

Before DUNCAN, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleo Anthanett Christopher appeals the district court's order dismissing her disability discrimination, harassment, and retaliation claims. We have reviewed the

record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Christopher v. St. Vincent DePaul of Baltimore, Inc.*, No. 1:12–cv–02309–CCB (D.Md. Feb. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*